1  TRINETTE G. KENT (State Bar No. 025180)
2  3219 E Camelback Road, #588
   Phoenix, AZ 85018
3  Telephone: (480) 699-8693
4  Facsimile: (480) 717-4781
   E-mail: tkent@lemberglaw.com
5
6  Of Counsel to
   Lemberg Law, LLC
7  43 Danbury Road
8  Wilton, CT 06897
   Telephone: (203) 653-2250
9  Facsimile: (203) 653-3424
10
   Attorneys for Plaintiff,
11 Nichole Campbell
12

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Nichole Campbell, | Case No.: 2:16-cv-00158-DLR |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Conn Appliances, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 22nd day of May, 2017.

LEMBERG LAW, LLC

 _/s/ Trinette G. Kent_
TRINETTE G. KENT
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On May 22, 2017, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on May 22, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants Conn Appliances, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 22, 2017.

|   |   |
|---|---|
| 1 | |
| 2 |                             */s/ Trinette G. Kent* |

                                  TRINETTE G. KENT
                                  Attorney for Plaintiff