TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone:  (480) 699-8693
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT  06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Nichole Campbell

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nichole Campbell, | Case No.: 2:16-cv-00158-DLR |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Conn Appliances, Inc., | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   The Parties have settled the action and stipulate that the case should be dismissed with prejudice and without costs or fees to any party.

DATED:  July 19, 2017

Plaintiff                                          Defendant

   __/s/ Trinette G. Kent_____          __/s/ Hayleigh S. Crawford (with permission)

TRINETTE G. KENT                              John L. Blanchard
Lemberg Law, LLC                              Hayleigh S. Crawford
Attorney for Plaintiff                          OSBORN MALEDON, P.A.
Nichole Campbell                               Attorneys for Defendant
                                                Conn Appliances, Inc.

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On July 14, 2017, I served a true copy of foregoing document(s): **STIPULATION FOR DISMISSAL WITH PREJUDICE**.

**BY ELECTRONIC FILING:** I hereby certify that on July 19, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendant Conn Appliances, Inc.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 19, 2017.

*/s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff