# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nichole Campbell, | No. CV-16-00158-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Conn Appliances Incorporated, | |
| Defendant. | |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Doc. 19.) For good cause shown,

**IT IS ORDERED** that this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

Dated this 20th day of July, 2017.

Douglas L. Rayes
United States District Judge